IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Robinson, Taries L

Printed: 02/03/09

Case Number:  08 B 08652
Judge:  Goldgar, A. Benjamin
Filed:  4/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  December 23, 2008
Confirmed:  September 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 280.50 |
| Trustee Fee: |  | 19.50 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 280.50 |
| 2. | T Mobile USA | Unsecured | 162.81 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 480.59 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 14,730.00 | 0.00 |
| 5. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 6. | Comcast | Unsecured |  | No Claim Filed |
| 7. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 8. | PARC | Unsecured |  | No Claim Filed |
| 9. | North Eastwood Shores Apartments | Unsecured |  | No Claim Filed |
| 10. | Park Dansan | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,847.40 | $ 280.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |
|  | $ 19.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Taries L | Case Number:  08 B 08652 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed:  4/10/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*